James R. Doyle, Esq. (SBN 309037)
**TOFER & ASSOCIATES, PLC**
8889 West Olympic Boulevard, Penthouse
Beverly Hills, California 90211
Telephone No.: (310) 277-9000
Facsimile No.: (310) 300 0322
Email: james@toferlaw.com

Attorney for Plaintiffs,
JAMES EDWARD ADAMS JR. and DETRICK ADAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD ADAMS JR. and DETRICK ADAMS,<br><br>Plaintiff,<br>v.<br><br>RUSSEL VERNON GROGAN and DOES 1 TO 20, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-00243-JGB-SP<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that Plaintiff and Defendants have reached a settlement in the above-referenced case.

      Plaintiff will file a Notice/Request for Dismissal upon receipt of settlement funds.

Dated: March 12, 2021

TOFER & ASSOCIATES, PLC

By: _/s/ James Doyle_____
James R. Doyle, Esq.
Attorney for Plaintiff,
JAMES EDWARD ADAMS, JR.
DETRICK ADAMS

**TOFER & ASSOCIATES**
A Professional Law Corporation
Beverly Hills, California

- 1 -
NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2021, I served true and correct copies of the foregoing document described as **NOTICE OF SETTLEMENT** with produced documents, via first-class mail, postage prepaid, upon:

**Noelle M. Natoli, Esq**
**Katie Brinson, Esq.**
CLARK HILL LLP
1055 West 7th Street, 24th Floor
Los Angeles, California 90017
Email: Nnatoli @clarkhill.com
kbrinson@clarkhill.com
Attorneys for Defendants

Executed on March 12, 2021, at Beverly Hills, California.

_____
Juliana Asuncion