James R. Doyle, Esq. (SBN 309037)
**TOFER & ASSOCIATES, PLC**
8889 West Olympic Boulevard, Penthouse
Beverly Hills, California 90211
Telephone No.: (310) 277-9000
Facsimile No.: (310) 300-0322
Email: james@toferlaw.com

Attorney for Plaintiffs,
JAMES EDWARD ADAMS, JR. and DETRICK ADAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD ADAMS, JR., and DETRICK ADAMS,<br><br>Plaintiffs,<br>v.<br><br>RUSSEL VERNON GROGAN and DOES 1 TO 20, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-00243-JGB-SP<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear their own attorney's fees and costs.

DATED: May 05, 2021                    TOFER & ASSOCIATES, PLC

By: *James Doyle*
James R. Doyle, Esq.
Attorney for JAMES ADAMS and DETRICK ADAMS in both of their capacities as Plaintiffs and Defendants-in-Intervention

\\\

DATED: May 05, 2021                     CLARK HILL LLP


By: */s/ Katie Brinson*
Noelle M. Natoli, Esq.
Katie Brinson, Esq.
Attorney for Defendant RUSSEL VERNON GROGAN and Plaintiff-in Intervention INDIANA WESTERN EXPRESS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on May 05, 2021, I served true and correct copies of the foregoing document described as **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

X     by the CM/ECF system. I certify that all participants in the case below are CM/ECF users and that service will be accomplished by the CM/ECF system. by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**Noelle M. Natoli, Esq**
**Katie J. Brinson, Esq.**
CLARK HILL LLP
1055 West 7th Street, 24th Floor
Los Angeles, California 90017
Email: Nnatoli @clarkhill.com
kbrinson@clarkhill.com
Attorneys for Defendants

Executed on May 05, 2021, at Beverly Hills, California.

_____
Juliana Asuncion

TOFER & ASSOCIATES
A Professional Law Corporation
Beverly Hills, California

- 4 -
CERTIFICATE OF SERVICE